UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:16-mj-507 |
| ) | |
| BRENT A. SWALLERS, ) | |
| ) | |
| Defendant. ) | |

**FILED**
JUL 21 2016
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## APPEARANCE

Comes now, Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Matthew J. Rinka, Assistant United States Attorney for the Southern District of Indiana, and enters his appearance as counsel for the United States of America.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: _____
Matthew J. Rinka
Assistant United States Attorney