UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CAUSE NO. 1:16-mj-507 |
| BRENT A. SWALLERS, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
| --- | --- | --- | --- | --- |
| 1 | 18 U.S.C. § 1521 Filing False Liens and Encumbrances | 0 – 10 | $250,000 | Up to 3 years |
| 2 | 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm | 0 – 10 | $250,000 | Up to 3 years |

Dated: _____

_____
BRENT A. SWALLERS
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgment.

_____
United States Magistrate Judge
Southern District of Indiana