# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16-mj-507 |
| | ) | |
| BRENT A. SWALLERS | ) | |
| Defendant | ) | |

**SEALED**

**FILED**

JUL 2 2 2016

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* BRENT A. SWALLERS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Count 1: Filing false liens and encumbrances in violation of Title 18, United States Code, Section 1521.

Count 2: Felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).


Date: July 21, 2016

*Issuing officer's signature*

City and state: Indianapolis, Indiana        Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/21/2016, and the person was arrested on *(date)* 7/22/2016
at *(city and state)* INDIANAPOLIS, IN

Date: 7/22/2016

*Arresting officer's signature*

Tom Arvin
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: BRENT A. SWALLERS

Known aliases:

Last known residence: 539 South Auburn Street, Indianapolis, IN

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: December 22, 1987

Social Security number: 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

Height: 5'8"  Weight: 208 lbs

Sex: Male  Race: Caucasian

Hair: Brown  Eyes: Hazel

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI/8825 Nelson B. Klein Parkway, Indianapolis, IN 46250

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: