UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-mj-0507 |
| | ) | |
| BRENT A. SWALLERS, | ) | - 01 |
| Defendant. | ) | |

**MINUTE ENTRY**

**For July 25, 2016**

Parties appear for a detention hearing.   Defendant appeared in person and by stand-by counsel Gwendolyn Beitz.   Government represented by AUSA Winfield Ong for AUSA Matt Rinka.   USPO represented by Felecia Wagner.

Detention hearing held.

Court's Exhibit 1 (PS3) admitted without objection.

Testimony proffered and presented.

Argument presented.

Court grants Government's oral motion for pretrial detention and orders defendant detained.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the Court.

Dated:   07/26/2016

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to counsel via electronic notification.