1:16-CV-1993-RLY-DRL
1:16-MJ-507

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) | CRIMINAL DIVISION ROOM 15 |
| COUNTY OF MARION | ) | CAUSE NO. 49F15-1110-FD-072148 |
| | ) | |
| STATE OF INDIANA | ) | |
| | ) | **FILED** |
| v. | ) | (173) AUG 0 1 2016 |
| | ) | |
| BRENT SWALLERS | ) | Myla A. Eldridge |
| | | CLERK OF THE MARION CIRCUIT COURT |

## ORDER ON DEFENDANT'S MOTION REQUESTING AMS

The Defendant, Brent Swallers, by counsel, has filed a Motion Requesting AMS;

And the Court having examined the same, and being duly advised in the premises, now finds that same should be granted.

IT IS THEREFORE ORDERED that this Motion be GRANTED and Defendant's conviction be entered as a Misdemeanor.

SO ORDERED this _1st_ day of _August_, 2016.

_____
Judge, Marion County
Superior Court 15

